■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ASHAWN ABBOTT, Appellant. [869 NYS2d 347]

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620, 621 [1983]), we find that it was legally sufficient to prove the defendant's guilt beyond a reasonable doubt. Contrary to the defendant's contention, the testimony of the confidential informant who made three controlled buys of cocaine from the defendant was not incredible as a matter of law and merely raised issues for resolution by the jury (*see People v Calabria,* 3 NY3d 80, 82-83 [2004]). Moreover, in fulfilling our responsibility to conduct an

independent review of the weight of the evidence (*see People v Danielson*, 9 NY3d 342 [2007]), we nevertheless accord great deference to the jury's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]).

The defendant received the effective assistance of counsel (*see People v Satterfield*, 66 NY2d 796, 799 [1985]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]).

The defendant's remaining contention is without merit. Rivera, J.P., Angiolillo, Eng and Belen, JJ., concur.